No. 16,453.

HIRSHORN ET AL. *v.* GOLDEN, EXECUTOR.
(221 P. [2d] 936)

Decided August 21, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion. Mr. Chief Justice Hilliard and Mr. Justice Moore not participating.

Mr. JOSEPH P. CONSTANTINE, Mr. FRANK A. BRUNO, Mr. HAROLD REED, for plaintiffs in error.

Mr. NATHAN I. GOLDEN, pro se.